UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIMMIA WILLIAMS,<br><br>                    Plaintiff,<br><br>     -against-<br><br>JERSEY CITY BOARD OF EDUCATION;<br>GEKSON CASILLAS; ROSE WINSTEAD;<br>MARISSA SAVINO-GONZALEZ; JOHN<br>SMITH; and HOWARD ZLOTKIN,<br><br>                    Defendants. | No.  21 Civ. 12332<br><br>**STIPULATION<br>PERMITTING PLAINTIFF<br>TO FILE FIRST AMENDED<br>COMPLAINT** |

**WHEREAS** on June 9, 2021, Plaintiff TIMMIA WILLIAMS filed her Complaint alleging, among other things, race discrimination against Defendants JERSEY CITY BOARD OF EDUCATION, GEKSON CASILLAS, ROSE WINSTEAD, MARISSA SAVINO-GONZALEZ, JOHN SMITH, and HOWARD ZLOTKIN;

**WHEREAS** Plaintiff seeks to file her First Amended Complaint, which adds factual allegations and four state law causes of action for negligent retention/supervision, negligent infliction of emotional distress, intentional infliction of emotional distress, and negligence, but adds no new parties;

**WHEREAS** Plaintiff's proposed First Amended Complaint is attached hereto as Exhibit A, and a redline version is attached hereto as Exhibit B;

 **IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants give their consent to Plaintiff to file her First Amended Complaint, attached hereto as **Exhibit A**.

1

A redline version showing the changes from the original Complaint is attached as **Exhibit B**.

    2.    Defendants reserve the right to file all appropriate responsive pleadings, including dispositive motions.

    3.    This stipulation may be executed in any number of counterparts and each counterpart shall be deemed to be an original. Electronic signatures shall be treated as an original document and shall have the same binding effect as an original signature on an original document.

Dated: December 21, 2021

| | |
|---|---|
| KAUFMAN LIEB LEBOWITZ & FRICK LLP | ANDERSON & SHAH LLC |
|     /s/ Alison Frick     | _____ |
| Alison Frick<br>David Lebowitz*<br>Adam Strychaluk*<br>10 E. 40th Street, Suite 3307<br>New York, New York 10016<br>(212) 660-2332 | Roshan Shah<br>457 Haddonfield Road<br>Cherry Hill, New Jersey 08002<br>(732) 398-6545 |
| | *Attorney for Defendant Zlotkin* |
| *Attorneys for Plaintiff* | ADAM GUTIERREZ & LATTIBOUDERE LLC |
| *Admitted pro hac vice | _____<br>Cherie L. Adams<br>1037 Raymond Blvd., Suite 900<br>Newark, New Jersey 07102<br>(973) 735-2742 |
| | *Attorney for Defendants Jersey City Board of Education, Casillas Winstead, Savino-Gonzalez, and Smith* |